UNITED STATES BANKRUPTCY COURT                   *Form F: PROPOSED CONSENT ORDER*
FOR THE DISTRICT OF RHODE ISLAND                 **TWO PAGE DOCUMENT**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:
 Wanda L. Grant                                              :                          BK
No. 23-10061-DF


                          Debtor(s)        :              Chapter 13
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


## CONSENT ORDER re: STATUS HEARING ON LOSS MITIGATION

The Court, having scheduled a status hearing on loss mitigation for   5/17/2023   , at which counsel for the Debtor(s) and Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Truste (the "Creditor") have been ordered to appear; and by agreement of the parties,

IT IS HEREBY AGREED:


(1) The Debtor shall provide all documents requested by the Creditor by   (provided on 5/16/23)   (the "Response").


(2) The Creditor shall conduct a preliminary review of the information submitted by the Debtor, and if the Creditor requires additional information, the Creditor shall, by email or written correspondence, provide the Debtor[s]' counsel with a list of any additional information it requires by   5/26/23   after receiving the Response (the "Additional Information Request").


(3) The Debtor shall fully respond to any Additional Information Request and provide all requested documents to Creditor within   10   days after receiving the same from Creditor.


(4) ~~The parties have agreed to a permanent or temporary loan modification and (a) if a Chapter 13 case, then the Debtor will file a Motion to Approve Loan Modification by _____, or (b) if a Chapter 7 case, then loss mitigation may be terminated as successfully completed and the parties anticipate filing Form D setting forth the terms of the loan modification by _____.~~

Other Comments:

(5) In lieu of a status report, the parties request that a continued status hearing on loss mitigation be scheduled by the Court.

Agreed to this 16th   day of May, 2023.

Debtor
By counsel:

/s/ *Michael Zabelin*
Michael Zabelin
Rhode Island Legal Services
56 Pine Street, 4th Floor
Providence, RI 02903
Telephone: 401-274-2652
Fax: 401-272-4280
Email: mzabelin@rils.org

Creditor
By counsel:

/s/ *Erika L. Vogel*
Erika L. Vogel
Bar No. 7882
Bendett & McHugh, P.C.
270 Farmington Ave, Suite 151
Farmington, CT  06032
Telephone (860) 677-2868
Email evogel@bmpc-law.com


Consent Order Approved on this     day of May, 2023.

_Diane Finkle_ 5/16/23
Honorable Diane Finkle
U.S. Bankruptcy Judge

Date of Continued Status Hearing: May 31, 2023

2

Rev. 12/18/2013