| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF RHODE ISLAND | *Form E:  Joint Status Report*<br>**THREE PAGE DOCUMENT** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:
Wanda L. Grant                                      :         BK No. 23-10061-DF

                            Debtor        :         Chapter 13

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## JOINT LOSS MITIGATION STATUS REPORT

Date: <u>June 27, 2023</u>

The Debtor requested loss mitigation as to the Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, serviced by Selene Finance LLC mortgage on the real property located at 107-111 Donelson Street, Providence, RI 02908 (mailing: 111 Donelson St, Providence, RI 02908) on February 7, 2023 with  Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust (the "Creditor").

The Court entered a loss mitigation order on: <u>  2/27/2023  </u>.

The Creditor filed its contact information on <u>            </u>.

The Debtor submitted a loan modification application to the Creditor on <u>  3/6/2023      </u>.

~~If this is a Chapter 7 case, the Debtor(s) have filed the financial management course certificate with the Court on _____, or if not yet due, will file the certificate with the Court by the due date of _____.~~

### *Current Status*

<u>Please complete one</u>:

      The most recent status hearing was held on <u> not yet held    </u>.

      The parties filed a proposed Consent Order (Form F) on <u> 5/30/2023     </u> which the Court entered in lieu of holding a status hearing.

<u>Actions Required</u>:

The Court, by post-hearing Order or entry of the parties' proposed Consent Order (Form F), required the following actions to be completed by the parties by the dates noted:

| |
|---|
| Creditor to provide Debtor's Counsel with a final decision on loan modification |

Did the Debtor(s) comply with all ordered deadlines? __n/a_____   If No, provide a full explanation of why the deadlines were not met.

Did the Creditor comply with all ordered deadlines? __yes_____   If No, provide a full explanation of why the deadlines were not met

Creditor issued a loan modification denial letter on 6/13/23

Outstanding Document Request:

The following documents requested by Lender will be submitted by the Debtor(s) to the Creditor by__N/A_____:

Creditor issued a Denial Letter on 6/13/23 (which did not include the numbers used in determining the denial)

*Expected Completion of Loss Mitigation – If Trial Plan or Loan Modification Agreed To*

Please indicate as applicable:

~~The Debtor(s) is/are currently participating in a trial payment plan period with the final trial payment scheduled to be paid on _____; OR~~

~~The parties have agreed to a permanent or temporary loan modification. _____~~

~~If a Chapter 7 case and the parties have agreed to a permanent or temporary loan modification:~~

> ~~The parties agree that loss mitigation can terminate as successfully completed and will file Form D by_____; or~~

> ~~_____ is the date by which loss mitigation can terminate as successfully completed and the parties will file Form D by _____.~~

If the case is pending under Chapter 13 and a loan modification has been agreed to, the parties agree to file a Motion to Approve Loan Modification by _n/a_____, and upon approval of such motion, the parties will file Form D and loss mitigation can terminate as successfully completed.

2

## *Consent Order*

The parties attached[1] a proposed Consent Order (Form F) setting forth agreed deadlines for further action by the parties to accompany this Status Report.

| | |
|---|---|
| Debtor(s) <br> By counsel: | Creditor <br> By counsel: |
| /s/ *Michael Zabelin* <br> Michael Zabelin <br> 56 Pine Street, 4th Floor <br> Providence, RI 02903 <br> Telephone: 401-27-42652 <br> Fax: 401-272-4280 <br> Email: mzabelin@rils.org | /s/ *Erika L. Vogel* <br> Erika L. Vogel <br> Bar No. 7882 <br> Bendett & McHugh, P.C <br> 270 Farmington Ave, Suite 151 <br> Farmington, CT 06032 <br> Telephone: (860) 677-2868 <br> Email: evogel@bmpc-law.com |

---

[1] When filing the Status Report and proposed Consent Order in ECF, Form F should be filed as an attachment to Form E using the event Loss Mitigation Status Report [located under Bankruptcy>Loss Mitigation menu].