Fill in this information to identify the case:

Debtor 1  Wanda L. Grant

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the District of RHODE ISLAND

Case number 1:23-bk-10061

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges         12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: **WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST**

Court claim no. (if known): 3-1

Last 4 digits of any number you use to identify the debtor's account: 8218

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 3/23/2023 | (5) | $225.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Plan Review | 2/9/2023 | (11) | $350.00 |
| 12 | Other. Specify: 410A Payment History | 3/23/2023 | (12) | $250.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 <u>Wanda L. Grant</u>                            Case number *(if known)* <u>1:23-bk-10061</u>
        Print Name     Middle Name     Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Shellie Labell                         Date May 18, 2023
   Signature

Print    Shellie Labell                              Title   Authorized Agent
         First Name    Middle Name    Last Name

Company    Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address    13010 Morris Road, Suite 450
          Number          Street

            Alpharetta, GA 30097
            City                           State      ZIP Code

Contact Phone    470-321-7112                         Email   slabell@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on       May 22, 2023       , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Wanda L. Grant
111 Donelson Street
Providence, RI 02908

*And via electronic mail to:*

Michael Zabelin
Rhode Island Legal Services
56 Pine Street
4th Floor
Providence, RI 02903

Gary L. Donahue
Office of the U.S. Trustee
U.S. Courthouse
One Exchange Terrace Suite 431
Providence, RI 02903

Charles A. Pisaturo, Jr.
Office of the Chapter 13 Trustee
400 Westminster Street, Suite 54
Providence, RI 02903

By: /s/ Songyul Alkhazova